Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00127-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSE MANUEL GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed and moves the Court for an order of dismissal without prejudice. The government does not believe it has sufficient evidence to prove the matter beyond a reasonable doubt.

Dated: October 13, 2011 .          NATIONAL PARK SERVICE

                                                          /S/ Susan St. Vincent
                                                          Susan St. Vincent
                                                          Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated: October 14, 2011                  /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE